UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY BROWN,

        Plaintiff,                              Hon. Paul L. Maloney

v.                                          Case No. 1:15-cv-00618

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER**

       This matter is before the Court on Plaintiff's request to proceed without payment of the filing fee (Dkt. #2). Plaintiff's application indicates that her financial resources are sufficiently adequate to pay the required filing fee. Therefore,

       **IT IS HEREBY ORDERED** that Plaintiff's request to proceed without payment of the filing fee (Dkt. #2) is denied. If Plaintiff intends to proceed with the lawsuit, she is ordered to pay the $400.00 filing fee within 28 days of the date of this order.

Dated:    June 15, 2015                       /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge